**Maria Carmen CORONEL– ORTIZ, Petitioner,**

v.

**Alberto R. GONZALES,* Attorney General, Respondent.**

**No. 03–7–187.**

United States Court of Appeals, Ninth Circuit.

Jan. 23, 2006.

Kevin A. Bove, Esq., James Robert Patterson, Esq., Law Office of Lilia S. Velasquez, San Diego, CA, for Petitioner.

courts of this circuit except as provided by 9th Cir. R. 36–3.

* Alberto R. Gonzales is substituted for his predecessor, John Ashcroft, as Attorney General

District Director, Office of the District Counsel Department of Homeland Security, San Diego, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Terri J. Scadron, Esq., Stacy S. Paddack, U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent. Agency No. A78–535–463.

Before: HAWKINS, THOMAS and BYBEE, Circuit Judges.

### ORDER

The panel, sua sponte, grants rehearing. The Memorandum disposition filed on July 21, 2004 is withdrawn. The parties will be advised at a later date if argument and/or further briefing is necessary.